# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America,

                Plaintiff,

v.

Oscar Hernandez-Lopez,

                Defendant.

JUDGMENT

Case Number: 2:15-cr-00036-JAD-CWH

(Related case: 2:20-cv-01162-JAD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Oscar Hernandez-Lopez's motion to vacate under 28 U.S.C. § 2255 is denied. A certificate of appealability is denied.

| | |
|---|---|
| 1/22/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |