UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America,

        Plaintiff,

  v.

Oscar Hernandez-Lopez,

        Defendant.

Case No. 2:15-cr-036-JAD-CWH

**ORDER**

    The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

    IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

    DATED this 22nd day of April, 2024.

_____
JENNIFER A. DORSEY,
UNITED STATES DISTRICT JUDGE